UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

Perez, et al.,

        Plaintiff,

   -v-                                    No.   20-CV-8010-LTS-GWG

ESCOBAR CONSTRUCTION, INC., et. al.,

        Defendant.

--------------------------------------------------------x

## ORDER

        The Court has received notice that the Defendant filed a Chapter 11 bankruptcy petition on July 5, 2022 in the United States Bankruptcy Court for the Southern District of Indiana.  In light of the automatic stay provisions of 11 U.S.C. section 362, proceedings in this action are stayed, without prejudice to an application to the bankruptcy court for relief from the automatic stay.  In the absence of such relief, Plaintiff shall file a status report on October 1, 2022, and the first day of each calendar quarter thereafter, stating whether the bankruptcy case is still pending and whether this case should remain stayed, be dismissed, or be restored to the active calendar.

SO ORDERED.

Dated: New York, New York
      July 12, 2022

                                      /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge