UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PEREZ, et al.,

       Plaintiffs,

  -v-                                                      No.   20-CV-8010-LTS-GWG

ESCOBAR CONSTRUCTION, INC., et. al.,

       Defendants.

-------------------------------------------------------x

## AMENDED ORDER

       The Court has received notice that Defendant Escobar Construction Inc. filed a Chapter 11 bankruptcy petition on July 5, 2022, in the United States Bankruptcy Court for the Southern District of Indiana.  In light of the automatic stay provisions of 11 U.S.C. section 362, proceedings in this action are stayed as to Defendant Escobar Construction Inc. only, without prejudice to an application to the bankruptcy court for relief from the automatic stay.  In the absence of such relief, Plaintiffs shall file a status report on October 3, 2022, and the first day of each calendar quarter thereafter, stating whether the bankruptcy case is still pending and whether this case should remain stayed as to Defendant Escobar Construction Inc.

       This amended order supersedes the Court's Order issued July 12, 2022, at docket entry no. 137.  The case is stayed as against Defendant Escobar Construction Inc. only and remains referred to Judge Gorenstein for general pretrial management.

SO ORDERED.

Dated: New York, New York
       July 13, 2022
                                                        /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                     Chief United States District Judge