UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MARCO ANTONIO PEREZ PEREZ, et al.,          :

                                                    :

        Plaintiff,                           ORDER
                                                    :
  -v.-

                                                    :         20 Civ. 8010 (LTS) (GWG)

ESCOBAR CONSTRUCTION, INC. et al.,          :

        Defendant.                     :
-------------------------------------------------------------x
GABRIEL W. GORENSTEIN, United States Magistrate Judge

      While the case is stayed as to defendant Escobar Construction, Inc., it is not stayed as to any other party. The defendants (other than Escobar) should have filed their opposition to the pending motion for sanctions (Docket # 133) by July 12, 2022. No such filing was made, however. Nonetheless, the Court will sua sponte grant an extension of the filing deadline to July 20, 2022. Any reply may be filed by July 27, 2022.

      On a separate point, a person identifying herself as an attorney on this matter called Chambers and left a voicemail seeking to have Court staff return her call. As explained in the Court's Individual Practices (paragraph 1.C), calls to Chambers are not permitted except in emergency situations. The attorney may file a letter on ECF with respect to any matter that she sought to contact Chambers about.

      SO ORDERED.

Dated: July 13, 2022
       New York, New York

                                                                  GABRIEL W. GORENSTEIN
                                                                   United States Magistrate Judge