UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al.,      :

                                               :   ORDER
                         Plaintiffs,

                                               :   20 Civ. 8010 (LTS) (GWG)
   -v.-
                                               :
ESCOBAR CONSTRUCTION, INC. et al.,
                                               :

                     Defendants.   :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The September 9, 2022 conference before Judge Swain is adjourned sine die.  The Court will set a new conference date after the parties file the letter required by Docket # 143.

      SO ORDERED.

Dated:  July 20, 2022
          New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                  United States Magistrate Judge