UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al.,                     :

                                                      :        ORDER
                        Plaintiffs,
                                                      :        20 Civ. 8010 (LTS) (GWG)

        -v.-
                                                      :
ESCOBAR CONSTRUCTION, INC. et al.,
                                                      :

                        Defendants.                   :
---------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        Yuting Li and Daniel Joseph Grace have filed a motion to withdraw (Docket # 155) as counsel to defendant Natalie Palacios. The Court hereby ORDERS as follows:

        1.  Any party wishing to oppose this motion shall file papers in opposition by September 9, 2022, or send a letter to the Court for receipt by September 9, 2022.  Defendant Palacios may send a letter to the Court by sending it in pdf form to Temprary_Pro_Se_Filing@nysd.uscourts.gov.  In the alternative, Defendant Palacios' response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

        2.  A telephone conference to resolve the motion will take place on September 13, 2022, at 3:00 p.m.  Defendant Natalie Palacios, as well as her attorneys, are required to attend this conference unless a new attorney has filed a notice of appearance on Palacios's behalf and attends the conference.  Other parties are not required to attend.

        3.  At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may dial in but will be permitted only to listen.)  The Court will record the proceeding for the purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

        4.  Attorneys Li and Grace shall immediately arrange to deliver a copy of this Order (and their motion) to defendant Palacios by (1) email, if available, and (2) overnight delivery. They shall also thereafter make all reasonable efforts to confirm with defendant Palacios by telephone, email conversation, text message conversation, or in person that a copy of this Order was actually received by her, that she understands that there is a September 9, 2022, deadline for filing any written response to the motion, and that she is aware that she must dial in to the Court conference on September 13, 2022, at 3:00 p.m., unless a new attorney appears on her behalf as per paragraph 5.

        5. On or before September 9, 2022, attorneys Li and Grace shall file with the Court an

affidavit or declaration indicating their efforts to comply with paragraph 4 of this Order.

      SO ORDERED.

Dated:  September 1, 2022
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge