UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al.,                 :

                                                  :     ORDER
                      Plaintiffs,
                                                  :     20 Civ. 8010 (LTS) (GWG)

        -v.-
                                                  :

ESCOBAR CONSTRUCTION, INC. et al.,                :

                                                  :
                      Defendants.
--------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Counsel for defendant is directed to file under seal and ex parte a declaration explaining
the conflict of interest with regard to the motion to withdraw. If counsel encounters any technical
impediment to filing such a declaration, it may instead be transmitted by email to Chambers
(without copying any party). Counsel may call Chambers ((212) 805-4260) to obtain the email
address.  The declaration shall be filed prior to the conference (scheduled for September 13,
2022, at 3:00 p.m.).


        SO ORDERED.

Dated: September 12, 2022
       New York, New York




_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge