```
.UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al.,
                                              :      ORDER
                  Plaintiffs,
                                              :
     -v.-                                            20 Civ. 8010 (LTS) (GWG)
                                              :

ESCOBAR CONSTRUCTION, INC. et al.,            :

                  Defendants.                 :
-------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The Court's Order of earlier today (Docket # 188) incorrectly stated that the Court had not given permission to file a motion to amend. The Court in fact gave such permission (Docket # 171). It did not, however, give permission for plaintiffs to move to have the Court "deem" the amended complaint to "relate back to the date of filing of the original complaint" as requested in the memorandum of law (Docket # 182).

    Plaintiffs may refile the motion to amend omitting this request.

Dated: October 11, 2022
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge