UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al., :

                                                              :      ORDER
                    Plaintiffs,
                                                            :      20 Civ. 8010 (LTS) (GWG)
  -v.-
                                                             :
ESCOBAR CONSTRUCTION, INC. et al.,
                                                             :

                Defendants.           :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      John Troy, Tiffany Troy, and Aaron B. Schweitzer have filed a letter seeking permission to file a motion to withdraw (Docket # 183) as counsel to plaintiff Aaron Townsend. The Court hereby ORDERS as follows:

      1. The Court grants Townsend's counsel permission to file a motion to withdraw.  Also, if the reasons given by counsel implicate privacy interests of Townsend or contain privileged information, counsel have leave to file an affidavit under seal containing such information. Counsel shall file their motion by October 25, 2022.

      2. Any party wishing to oppose this motion shall file papers in opposition by November 8, 2022, or send a letter to the Court for receipt by November 8, 2022.  Aaron Townsend may send a letter to the Court by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  In the alternative, Townsend's response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

      3. A telephone conference to resolve the motion will take place on November 15, 2022, at 10:30 a.m.  Townsend, as well as his attorneys, are required to dial in to this conference unless a new attorney has filed a notice of appearance on Townsend's behalf and attends the conference.  Other parties are not required to attend.

      4. At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may dial in but will be permitted only to listen.)  The Court will record the proceeding for the purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

      5.  Counsel for Townsend shall immediately arrange to deliver a copy of this Order (and their motion) to Townsend by (1) email, if available, and (2) overnight delivery. They shall also thereafter make all reasonable efforts to confirm with Townsend by telephone, email, or text message that a copy of this Order was actually received by him, that he understands that there is a November 8, 2022, deadline for filing any written response to the motion, and that he is aware that he must dial in to the Court conference on November 15, 2022, at 10:30 a.m., unless a new attorney appears on his behalf as per paragraph 3.

      6.  On or before November 8, 2022, counsel for plaintiffs shall file with the Court an affidavit or declaration indicating their efforts to comply with paragraph 5 of this Order.

      SO ORDERED.

Dated: October 11, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge