UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al.,                 :

                                                  :        ORDER
                        Plaintiffs,

                                                  :        20 Civ. 8010 (LTS) (GWG)

           -v.-

                                                  :

ESCOBAR CONSTRUCTION, INC. et al.,                :

                                                  :
                        Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        A telephone conference to discuss the status of this matter shall take place on February 9,
2023 at 10:30 a.m.  At the conference, the parties will be expected to describe in detail each of
the proposed motions set forth in the joint letter filed February 6, 2023 (Docket # 230).
Additionally, plaintiffs should be prepared to explain why they should be permitted to file the
motion described in paragraph B.3 of their letter given that the Court previously adjudicated a
motion on what appears to be the same topic. See Docket ## 133, 168.

        At the above date and time, the parties shall dial (888) 557-8511 and use access code:
6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will
record the proceeding for purposes of transcription in the event a transcript is ordered.  However,
any other recording or dissemination of the proceeding in any form is forbidden.

        When addressing the Court, counsel must not use a speakerphone.

        Each attorney or unrepresented party is directed to ensure that all other attorneys or
unrepresented parties on the case are aware of the conference date and time.  In addition, any
requests for an adjournment must be made in compliance with Judge Gorenstein's rules
(available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

        SO ORDERED.

Dated: February 7, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge