**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
PEREZ, et al.,

                       Plaintiff,

    -against-                               20 **CIVIL** 8010 (LTS)(GWG)

                                                **<u>JUDGMENT</u>**

ESCOBAR CONSTRUCTION, INC., et. al.,

                       Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order and Opinion dated August 22, 2023, the Objection is overruled and the Motion to Dismiss is granted.  Judgment is entered dismissing the Second Amended Complaint; accordingly, the case is closed.

**Dated:**  New York, New York

       August 23, 2023

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                            **Clerk of Court**

                                  **BY:**         *K. Mango*

                                                           _____
                                                            **Deputy Clerk**