UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

PEREZ, et al.,

      Plaintiffs,

 -v-　　　　　　　　　　　　　　　　　　　No.  20-CV-8010-LTS-GWG

ESCOBAR CONSTRUCTION, INC., et. al.,

      Defendants.

-------------------------------------------------------x

## Order

      For the reasons stated in the mandate from the United States Court of Appeals for the Second Circuit (docket entry no. 284), Defendants' motion to dismiss (docket entry no. 227) is denied as to Counts I-IV, VII, and VIII of the Second Amended Complaint.  This case remains referred to Magistrate Judge Gorenstein for general pretrial management.

SO ORDERED.

Dated: New York, New York  
      August 22, 2024

                                                    /s/ Laura Taylor Swain  
                                                   LAURA TAYLOR SWAIN  
                                                   Chief United States District Judge