UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al., :

            Plaintiffs, : <u>ORDER</u>

  -v.- :
                                                                  20 Civ. 8010 (LTS) (GWG)

ESCOBAR CONSTRUCTION, Inc. et al., :

           Defendants. :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Discovery is completed in this matter and the next step in this case is the briefing of the parties' proposed motions for summary judgment (and any Fed. R. Civ. P. 11 or class certification motion) if the parties still wish to file such motions. <u>See</u> Order, filed February 9, 2023 (Docket # 233). Accordingly, the parties are each directed to file a letter on or before August 27, 2024, indicating whether they seek to file a motion for summary judgment, for relief under Fed. R. Civ. P. 11 for class certification, or for any other relief. If the parties believe that any other steps should be taken in this case, they may so state in the letter. In the event either side seeks to file a motion, the Court will issue a new order setting a schedule for the briefing of that motion or motions, which will be returnable before Judge Swain.

      SO ORDERED.

Dated: August 23, 2024
       New York, New York

                                                                    GABRIEL W. GORENSTEIN
                                                                    United States Magistrate Judge