UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ et al.,              :

              Plaintiffs,              :      <u>ORDER</u>

   -v.-                                                                :
                                                    20 Civ. 8010 (LTS) (GWG)
ESCOBAR CONSTRUCTION, INC. et al,             :

             Defendants.            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The briefing deadlines set forth in the Order of August 28, 2024 (Docket # 289), are each extended by 14 days.

      SO ORDERED.

Dated: September 11, 2024
       New York, New York

                                                    _____
                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge