# MEMO ENDORSED

**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 110, Flushing, NY 11355

October 24, 2024

<u>*Via* ECF</u>
Hon. Laura Taylor Swain, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York NY, 10007

**Re: Plaintiffs' Letter Response to Defendants' Motion to Stay**
1:20-cv-08010-LTS-GWG *Perez et al v. Escobar Construction, Inc. et al*

Your Honor,

      Per the Court's Order dated October 16, 2024, Plaintiffs respectfully report that they do not object to the requested stay of the pre-trial deadlines pending the resolution of Defendants' Motion for Summary Judgment.

      We apologize for the delay in providing the letter response to the Court, as our law firm has been on jury trial this week.

      We thank the Court for its time and consideration in this matter.

Respectfully Submitted,

<u>/s/ John Troy</u>
John Troy

*JT/mh*

---

Defendants' request to stay all pre-trial deadlines pending resolution of their Motion for Summary Judgment is hereby granted. DE 300 resolved.
SO ORDERED.
10/25/2024
/s/ Laura Taylor Swain, Chief USDJ