**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARCO ANTONIO PEREZ PEREZ, and
JOSE EDUARDO ARIAS,

                      Plaintiffs,

     -against-                                      20 **CIVIL** 8010 (LTS)(GWG)

## **JUDGMENT**

ESCOBAR CONSTRUCTION, INC., et al.,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 25, 2025, Defendants' Motion for Summary Judgment is granted in its entirety dismissing Plaintiffs' federal law claims and declining to exercise jurisdiction of Plaintiffs' state claim; accordingly, the case is closed.

**Dated:** New York, New York

      September 25, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                  **BY:**     *K. Mango*

                                                           **Deputy Clerk**